**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CARL DAVIS, JR.**  PLAINTIFF
ADC #80431

v.  CASE NO. 5:16CV00039 BSM

**WENDY KELLEY, Director,**
Arkansas Department of Correction, et al.  DEFENDANTS

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 95] and plaintiff Carl Davis's objections [Doc. No. 96] have been reviewed. After a review of the record, the RD is adopted.

Accordingly, Davis's motion for summary judgment [Doc. No. 50] is denied and defendants' motions for summary judgment [Doc. Nos. 73, 83] are granted. Davis's inadequate medical care and retaliation claims against defendants Kelley, Griffin, King, Clowers, Watson, Taylor, Williams, and Gray are dismissed with prejudice.

IT IS SO ORDERED this 18th day of August 2017.

_____
UNITED STATES DISTRICT JUDGE